# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**LISA HULTIN,**
Appellee.

No. 4D2024-1775

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE21-003150.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellant.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***